1  **JONATHAN W. BIRDT – SBN 183908**           e-filed _____
   **Law Office of Jonathan W. Birdt**
2  18252 Bermuda Street
3  Porter Ranch, CA 91326
   Telephone:     (818) 400-4485
4  Facsimile:     (818) 428-1384
   jon@jonbirdt.com
5  Attorney for Plaintiff Robert Thomson

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  ROBERT THOMSON,                )    **CASE NO.  2:11-cv-06154-SJO-JC**
                                   )
13                 Plaintiff,      )    **OPPOSITION TO REQUEST TO**
                                   )    **RELATE CASES**
14   vs.                           )
                                   )
15                                 )
    TORRANCE POLICE DEPARTMENT and )
16  THE LOS ANGELES COUNTY SHERIFFS)
    DEPARTMENT,                    )
17                                 )
                                   )
18                  Defendants.    )
                                   )
19                                 )
                                   )
20                                 )
    _____)
21

22       Relation of these cases is not appropriate as each Plaintiff seeks to recover

23  damages for a violation of their individual civil rights and each matter is fact and

24  law specific and each case involving different parties, legal authorities and

25  evolving legal arguments.

26       Moreover, Case # 2:10-CV-08377-JAK –JEM is a closed matter that cannot

27  be the lead case.  The Thomson matter would be the lead matter but by agreement

28

OPPOSITION TO REQUEST TO RELATE CASES-      PAGE- 1       CASE NO.2:11-cv-06154-SJO-JC

of the parties and order of the Court, Case Dispositive Motions for Summary Judgment have been fully briefed, filed and are set to be heard on February 27, 2012.

As such, as of the end of February there is only one pending matter, Raulinaitis v. LASD, and the parties can meet and confer at that time as stated in the Joint Report previously submitted in that matter regarding how best to proceed with the least effect on Judicial resources following the Courts' ruling on the Thomson matter.

January 19, 2012 ___/s/_____

Jonathan W. Birdt, Esq.